MARY K. LOGAN, Respondent, Appellant, v. HERBERT J. CALLISTER, Appellant, Impleaded with NEW YORK & LONG ISLAND TRACTION COMPANY, INC., Respond-

ent.— Judgment in so far as it awards damages in favor of the plaintiff against defendant Callister in the sum of $10,000 unanimously affirmed, with costs against defendant Callister. Judgment in so far as it dismisses, on the finding of the jury, the plaintiff's complaint against defendant New York & Long Island Traction Company, Inc., unanimously affirmed, with costs to the traction company against the plaintiff. No opinion. Present — Kelly, P. J., Rich, Jaycox Kelby and Young, JJ.